Cite as 2021 Ark. App. 423

# ARKANSAS COURT OF APPEALS

DIVISION I

**No.** E–21–88

|  |  |
|---|---|
| | **Opinion Delivered** November 3, 2021 |
| ALLANDRAUS CARSON<br>APPELLANT | APPEAL FROM THE ARKANSAS<br>BOARD OF REVIEW<br>[NO. 2021–BR–00130] |
| V. | |
| DIRECTOR, ARKANSAS DIVISION<br>OF WORKFORCE SERVICES<br>APPELLEE | REMANDED TO SETTLE AND<br>SUPPLEMENT THE RECORD |

## N. MARK KLAPPENBACH, Judge

Allandraus Carson appeals a decision of the Arkansas Board of Review finding him ineligible to receive unemployment insurance benefits from March 29 through December 3, 2020, because he was unable to perform suitable work on those dates. We are unable to address this appeal because the record before us is incomplete.

The Board stated in its decision that it had "considered the entire record of prior proceedings before the Appeal Tribunal, including the testimony submitted at the hearing." We remand to the Board with instructions to settle and supplement the record within thirty days with a transcript of testimony and anything else missing from the record of prior proceedings before the Appeal Tribunal.

Remanded to settle and supplement the record.

ABRAMSON and GLADWIN, JJ., agree.

*Allandraus Carson*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.